Arrest on Out-of-District Offense

# *UNITED STATES DISTRICT COURT*

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

MAY 08 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: __08 MJ 1443__

The person charged as __Neal B. Limtiaco__ now appears before this United States

District Court for an initial appearance as a result of the following charges having been filed in the United States

District Court for the _____ District of __Kansas__

with __conspiracy to distribute and possess with the intent to distribute more than 100 kg of marijuana__ , in

violation of __Title 21 U.S.C. section 846__

_____

_____ .

The charging documents and the warrant of the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

DATED: __5/8/08__ .

P.G. Garn
(Name)
~~Deputy United States Marshal~~
U. S. Postal Inspector

Reviewed and Approved:

Dated: 5/8/08

Assistant United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

SEALED

DISTRICT OF _____ Kansas

UNITED STATES OF AMERICA

v.

NEAL B. LIMTIACO

## WARRANT FOR ARREST

CASE NUMBER: 08-20048-02 CM/DJW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   NEAL B. LIMTIACO _____

Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her     (brief description of offense)

Conspiracy to distribute and PWID more than 100 kilograms of Marijuana

in violation of   21 _____   United States Code, Section(s)   846 _____

Timothy M. O'Brien
_____
Name of Issuing Officer

Clerk of Court
_____
Title of Issuing Officer

_mke mast_
_____
Signature of Issuing Officer

_____
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | | |
| DATE RECEIVED 25 Apr 08 / DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFII | SIGNATURE OF ARRESTING OFFICER |

**FILED**

APR 24 2008

Clerk, U.S. District Court
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)**

UNITED STATES OF AMERICA          )
                                  )
            Plaintiff,            )
                                  )
        v.                        )  Case No. 08-20048-01-02-03 CM
                                  )
GLENN J. DAMATO,                  )
NEAL B. LIMTIACO,                 )
  and                             )  **UNDER SEAL**    SEALED
LEON B. LIVINGSTON                )                    SEALED
                                  )
            Defendants.           )

## INDICTMENT

The Grand Jury charges:

## COUNT 1

From in or about December, 2003, the exact date being unknown to the Grand

Jury, and continuing to in or about March 30, 2006, in the District of Kansas and

elsewhere, the defendants,

**GLENN J. DAMATO,
NEAL B. LIMTIACO,
and
LEON B. LIVINGSTON,**

did knowingly, and intentionally combine, conspire, confederate and agree together with

each other and with other persons, both known and unknown to the Grand Jury, to

intentionally distribute and possess with intent to distribute 100 kilograms or more of a

mixture and substance containing marijuana, a controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii). This was in violation of

U.S. DISTRICT COURT)
DISTRICT OF KANSAS)
I hereby certify that
the foregoing is a true copy
of the original on file in
this court and cause
TIMOTHY M. O'BRIEN, Clerk
By: _____
Dated: 4-24-08  Deputy

SCANNED

Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

As a result of committing one or more of the controlled substance offenses alleged in Count 1 of this Indictment, defendants Glenn J. Damato, Neal B. Limtiaco and Leon B. Livingston, shall forfeit to the United States pursuant to 21 U.S.C. § 853, and 18 U.S.C. § 982, any and all property constituting or derived from any proceeds the said defendant(s) obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this Indictment, including but not limited to the following:

1. REAL PROPERTY

Lot 28 of Stonebrook Subdivision, being a subdivision of part of the North 1/2 of the Northwest 1/4 of the Northeast 1/4 of Section 20, Township 42 North, Range 12 East of the Third Principal Meridian, in Cook County, Illinois; more commonly known as 3155 Kay Jay Drive, Northbrook, Illinois 60062;

2. CASH PROCEEDS

Approximately $1,328,000.00 in United States currency, in that such sum in aggregate was received in exchange for the distribution of controlled substances to wit: Marijuana, a Schedule I controlled substance, or is traceable thereto.

3. SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence;

2

(2) has been transferred or sold to, or deposited with, a

third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be

subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of

any other property of said defendant(s) up to the value of the above forfeitable property,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 853.

A TRUE BILL.

Dated: 4/23/08

FOREPERSON

For: ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No.  12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

UNITED STATES DISTRICT JUDGE

3

**Penalties:**

**Count 1:**   **Conspiracy to distribute and PWID more than 100 kilograms of marijuana-Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vii). All in violation of Title 21, United States Code, Section 846.**

- NLT 5 years, NMT 40 years imprisonment;
- NMT a $2,000,000 fine;
- NLT 4 years S.R.;
- $100 special assessment fee.

If the defendant has a prior drug felony, then:

- NLT 10 years, NMT life imprisonment;
- NMT a $4,000,000 fine;
- NLT 8 years S.R.;
- $100 special assessment fee.