1 **ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
2 The Senator Building 3rd Floor
105 West "F" Street
3 San Diego, California  92101
Telephone:  (619) 236-1704
4 anthonycolombolegal@yahoo.com

5

Attorney for Defendant
6 Neil Brian Limtiaco

7

8

9  UNITED STATES MAGISTRATE COURT

10  SOUTHERN DISTRICT OF CALIFORNIA

11  (HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| 12 UNITED STATES OF AMERICA, ) | Criminal No. 08mj1443-POR |
|  ) |  |
|  Plaintiff, ) | Date:  May 22, 2008 |
| 13  ) | Time: 2:00 p.m. |
| v. ) |  |
| 14  ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| AN INDIVIDUAL CHARGED AS ) | 1) COMPEL DISCOVERY; |
| 15 Neil Brian Limtiaco, ) | 2) APPLY RULES OF EVIDENCE; AND |
|  ) | 3) ALLOW PREPONDERANCE OF THE |
| 16  ) |      EVIDENCE BURDEN OF PROOF |
|  ) |  |
| 17          Defendant. ) |  |
| _____ ) |  |

18
TO:       KAREN P. HEWITT, UNITED STATES ATTORNEY, and
19            FRED SHEPPARD, ASSISTANT UNITED STATES ATTORNEY

20
          PLEASE TAKE NOTICE that on May 22, 2008 at 2:00 p.m. or as soon thereafter as
21
counsel may be heard, the defendant charged as Neil Brian Limtiaco, by and through his counsel,
22
Anthony E. Colombo Jr., will ask this Court to enter an order granting the motions listed below.
23
24 //
25 //
26 //
27 //
28 //
//

1

| | |
|---|---|
| 1 | **MOTION** |
| 2 | The defendant in this case, by and through his attorney, Anthony E. Colombo Jr., pursuant |
| 3 | to the United States Constitution, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence |
| 4 | and all other applicable statutes, case law and local rules, hereby moves this Court for an order to |
| 5 | 1) compel discovery; |
| 6 | 2) apply the rules of evidence; and |
| 7 | 3) allow a preponderance of evidence burden of proof. |
| 8 | This motion is based upon the instant motion and notice of motion, the attached statement |
| 9 | of facts and memorandum of points and authorities, and any and all other materials that may come to this |
| 10 | Court's attention at the time of the hearing on these motions. |

Respectfully submitted,

*Anthony E. Colombo Jr.*
Attorney for the person charged as
Neil Brian Limtiaco

Dated: May 12, 2008