# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08mj1443
                         )
         vs              )   ABSTRACT OF ORDER
                         )
                         )   Booking No. 39199198
    Neal Limtioco        )
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5/22/08__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ __300,000 PS__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                                LOUISA S. PORTER
                                           UNITED STATES MAGISTRATE JUDGE

                                                       OR
Received _____[signature]_____          W. SAMUEL HAMRICK, JR.   Clerk
            DUSM                        by
                                                     [signature] Deputy Clerk

Crim-9   (Rev 6-95)                                              U.S. GPO: 1996-783-398/40151

CLERKS' COPY