MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. **NEAL B LIMTIACO**     No. **08MJ1443-POR**

HON. **LOUISA S. PORTER**     Tape No. **POR08-1:14:28-14:28 4m**

Asst. U.S. Attorney **LARA STINGLEY**     PTSO **TAMMY REIDLING**

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Anthony Colombo | X Apt | ___ Ret | for | Limtiaco | (R) | (1) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:     ___ In Chambers     X In Court     ___ By Telephone

-Defendant ordered removed to the District of Kansas

-Order of removal filed.

-Defendant to submit to treatment, and/or testing for drugs and/or alcohol at PTS officer's discretion without further order of this court.

-Defendant's travel restictions expanded to include the state of Missouri.

cc:PTS

Date     05/27/08                         R. F. Messig
                                          Deputy's Initials