**FILED**
**MAY 27 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **08MJ1443** |
| Plaintiff, ) | |
| ) | **ORDER OF REMOVAL** |
| vs. ) | **(Defendant Not in Custody)** |
| ) | |
| **NEAL B. LIMTIACO,** ) | |
| Defendant. ) | |

An indictment having been filed in the District of Kansas, charging defendant **NEAL B. LIMTIACO** with conspiracy to distribute and possess with the intent to distribute more than 100 kg of marijuana, in violation of Title 21, United States Code, Section 846. Defendant **NEAL B. LIMTIACO** was arrested on May 7, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **NEAL B. LIMTIACO** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **NEAL B. LIMTIACO**, appear before United States Magistrate Judge David J. Waxse, Courtroom 223, 500 State Avenue, Kansas City, Kansas 66101, on Friday, June 13, 2008 at 2:00 p.m. for further proceedings.

Dated: 5/27/08

HONORABLE LOUISA S. PORTER
United States Magistrate Judge
**Southern District of California**

Order of Removal/Revised 12/02