

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



May 29, 2008

CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Clerk, U.S. District Court
District of Kansas
500 State Ave.
259 U.S. Courthouse
Kansas City, Kansas 66101

Re:   08mj1443-POR, USA v Limtiaco

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | ___ | Warrant of Removal |
| x | Complaint | x | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | x | Waiver of Removal |
| x | Personal Surety Bond | | |
| x | Other | Amended Complaint; Motion to Compel Discovery; Order Setting Conditions of Release; Abstract | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
    Deputy Clerk